| | | | |
|---|---|---|---|
| N627 | E1403921 | Chapper | 1244 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/5/2025 / 2046
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(5)(a)

Place of Offense: 1670 Clairmont Road, Decatur, GA 30033

Offense Description: Factual Basis for Charge — HAZMAT ☐

Unauthorized Loitering

**DEFENDANT INFORMATION**  Phone: (464) 348-6978

Last Name: Prater
First Name: Kyle
M.I.: S

Street Address: [redacted]

City: Decatur
State: GA
Zip Code: [redacted]
Date of Birth: [redacted]/1997

Drivers License No.: —
CDL ☐  D.L. State: —
Social Security No.: xxx-xx-4168

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK   Eyes: BRN   Height: 5-07   Weight: 135

**VEHICLE**   VIN:   CMV ☐
Tag No.: — State: — Year: — Make/Model: — PASS ☐ Color: —

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Richard B Russell Building, 75 Ted Turner Drive SW, Atlanta, GA 30303
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

*E1403921*

I state that on **05/5**, 20**25** while exercising my duties as a law enforcement officer in the **Northern** District of **Georgia**

on 05/5/2025 at 2046 hours a veteran was found Loitering on VA property in Parking Deck L / Level Ground. When veteran was asked to check into the Emergency Department or not he would have to leave VA property. The veteran Kyle Prater refused to check into the Emergency Department and to leave VA property. When I attempted to escort Prater become combative and grabbed me around both one of my legs. After place Prater on his stomach and attempted to get his arms from under his stomach Prater bit me on my left forearm causing an injury

The foregoing statement is based upon:

✓ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/5/2025**  LT. Chappel
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident